UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MATTHEW MARTINEZ,<br><br>            Plaintiff,<br><br>     v.<br><br>TORTOISE ACQUISITION CORP., VINCENT T. CUBBAGE, STEPHEN PANG, ANDREW J. OREKAR, FRANK M. SEMPLE, and SIDNEY L. TASSIN,<br><br>            Defendants. | Case No.  20-cv-07595-VEC<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Matthew Martinez ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  September 29, 2020

                                               **WEISSLAW LLP**

                                      By  _/s/ Richard A. Acocelli_

                                               Richard A. Acocelli
                                               1500 Broadway, 16th Floor
                                               New York, New York 10036
                                               Telephone: (212) 682-3025
                                               Facsimile: (212) 682-3010
                                               Email: racocelli@weisslawllp.com

                                               *Attorneys for Plaintiff*